MUSICK, PEELER & GARRETT LLP
225 Broadway, Suite 1900
San Diego, California 92101-5028
Telephone (619) 525-2500
Facsimile (619) 231-1234
Michael F. Klein (State Bar No. 166011)
m.klein@musickpeeler.com
Whit Bivens (State Bar No. 190727)
w.bivens@musickpeeler.com

MUSICK, PEELER & GARRETT LLP
650 Town Center Drive, Suite 1200
Costa Mesa, California 92626-1925
Telephone (714) 668-2400
Facsimile (714) 668-2490
Geoffrey C. Brethen (State Bar No. 259873)
g.brethen@musickpeeler.com

Attorneys for Plaintiff Giant Inland Empire RV Center, Inc.

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| GIANT INLAND EMPIRE RV CENTER, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>PIERRE DAVIS, an individual, DAVIS EXPORTERS, INC., a California corporation, and DOES 1-10, inclusive,<br><br>Defendants. | CASE No.: 5:18-cv-01900-JGB-SHK<br><br>STIPULATION AND [~~PROPOSED~~] STIPULATED FINAL JUDGMENT AND PERMANENT INJUNCTION |

## STIPULATION

Plaintiff Giant Inland Empire RV Center, Inc. ("Giant RV"), and Defendants Pierre Davis and Davis Exporters, Inc. (collectively "Defendants") (collectively, the "Parties"), jointly stipulate as follows:

///

WHEREAS, Giant RV filed suit against Defendants alleging claims for (1) Trademark Infringement, (2) Violation of Lanham Act Section 43(a), (3) False Advertising (Business & Professions Code § 17500), (4) Violation of California Business & Professions Code Section 17200, (5) Common Law Unfair Competition, (6) Common Law Trademark Infringement, (7) Violation of Lanham Act Section 43(d), (8) False Designation of Origin/Federal Unfair Competition Under 15 U.S.C. § 1125(A) (hereinafter the "Lawsuit");

WHEREAS, this Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1331, 28 U.S.C. § 1338, 15 U.S.C. § 1121 and the principles of pendant jurisdiction;

WHEREAS, venue in this district is proper pursuant to 28 U.S.C. § 1391(b). Service was properly made against Defendants and they do not contest service or jurisdiction;

WHEREAS, the Parties entered into a settlement agreement as of October 9, 2018 ("Settlement Agreement"), which requires entry of the stipulated judgment set forth herein;

WHEREAS, in the interests of resolving this dispute, the Parties consent to the entry of judgment as follows:

1. That judgment be entered in favor of Giant RV against Defendants on all claims.

2. For the purposes of binding preclusive effect on Defendants as to future disputes with respect to the Lawsuit or Settlement Agreement between Defendants, on the one hand, and Giant RV, on the other hand, Defendants admit the following:

　　a. Giant RV is now, and has been at all times since the date of issuance, the owner of United States Trademark Registration No. 5,399,832 (the "Giant RV Mark") and of all rights thereto and thereunder as well as the owner of common law trademark rights in the mark "Giant RV."

b. Defendants, by their actions described in the Complaint, have committed trademark infringement, false designation of origin, and cybersquatting in association with their use of the Giant RV Mark and derivations thereof.

4. Defendants, and those in active concert with them, including their agents, servants, employees, attorneys, independent contractors and partners are permanently enjoined in the United States from using any mark with the formative "Giant RV" and any variation of same that uses a combination of the words "Giant" and "RV" and/or any abbreviations thereof, or confusingly similar terms or misspellings including, without limitation, "the Giant RV Buyers," "Giant RV," "Huge RV," "Big RV," and from encouraging or assisting any third party to do the same (collectively, the "Injunction").

5. Defendants are bound by the Injunction regardless of whether Giant RV assigns or licenses its intellectual property rights to another for so long as such trademark rights are subsisting. The Injunction inures to the benefit of Giant RV's successors, assignees, and licensees.

6. For damages, costs and fees incurred by Giant RV for their trademark infringement, false designation of origin, and cybersquatting in association with their unauthorized use of the Giant RV Mark, Defendants agree to pay Ten Thousand Dollars and Zero Cents ($10,000.00) (the "Money Judgment") to Giant RV in six installments of $1,666.66. The first installment shall be due fifteen (15) days after this Stipulated Judgment is entered by the Court and the following five installments shall be due on that date for the next five months (e.g. if the first payment is due on the 15th of October, the next payment will be due on the 15th of November and so on). Payment of the Money Judgment is to be made by check payable to Giant Inland Empire RV Center, Inc. delivered to the following address:

Giant Inland Empire R.V. Center, Inc.
Attn: Mike Murphy
9150 Benson Ave.
Montclair, CA 91763

MUSICK, PEELER
& GARRETT LLP

1122799.1　　　　　　　　　　　3　　　　　　　　Case No. 5:18-cv-01900-JGB-SHK
STIPULATION AND [PROPOSED] STIPULATED FINAL JUDGMENT AND PERMANENT INJUNCTION

7. This Court shall retain jurisdiction to enforce this stipulated judgment and Injunction by way of contempt or otherwise.

8. The Parties waive any rights to appeal this stipulated judgment, including without limitation the Injunction.

9. This document shall be deemed to have been served upon Defendants at the time of its execution by the Court.

SO ORDERED, this day: October 23, 2018

_____
Judge of the United States District Court

SO STIPULATED AND RESPECTFULLY SUBMITTED:

Dated: 10/6/18

_____
Pierre Davis

DAVIS EXPORTERS, INC.

Dated: 10/6/18

By _____
Pierre Davis, Chief Executive Officer

FOUNDATION LAW GROUP LLP

Dated: 10/6/18

By /s/ Stephen Lobbin
Stephen Lobbin
Counsel for Defendants Davis Exporters, Inc. and Pierre Davis

GIANT INLAND EMPIRE R.V. CENTER, INC.:

Dated: 10-9-2018            By /s/ Mike Murphy
                               Mike Murphy, Chief Financial Officer

MUSICK, PEELER & GARRETT LLP

Dated: October 9, 2018      By /s/ Michael F. Klein
                               Michael F. Klein
                               Counsel for Plaintiff Giant Inland Empire
                               RV Center, Inc.